IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 16 P 1:09

CLERK

COLDWELL BANKER REAL ESTATE
CORPORATION,

    Plaintiff,

vs.

SECKINGER REALTY COMPANY,
f/k/a Coldwell Banker Seckinger
Realty Company,

    Defendant.

CIVIL ACTION NO. CV205-008

## O R D E R

As Michael Weinstock has failed, after notice, to comply with the Local Rules of this Court regarding admission to appear *pro hac vice*, his name is hereby **stricken** from the record as counsel for the Plaintiff.

**SO ORDERED**, this 16th day of May, 2005.

                            JAMES E. GRAHAM
                            UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

D. Braun
R. Capriola
J. Garcia
B. Mendell
M. Weinstock

CASE NO: CV205-8
DATE SERVED: 5/16/05
SERVED BY: SLT

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate