# United States District Court
## *Southern District of Georgia*
### Brunswick Division

| | | |
|---|---|---|
| COLDWELL BANKER REAL ESTATE CORPORATION | * | |
| | * | CASE NUMBER    CV 205-08 |
| VS | * | |
| SECKINGER REALTY COMPANY FKA COLDWELL BANKER SECKINGER REALTY COMPANY | * | |
| | * | |
| | * | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___30___ day of _____August_____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

D. Braun
R. Capriola
J. Garcia
B. Mendell

CASE NO: CV205-8
DATE SERVED: 8/31/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate